Roth-Adam Fuel Company, Plaintiff, v. Frank L. Adam, Defendant.
Frank L. Adam, Appellant, v. Roth-Adam Fuel Company et al., Appellees.

Gen. No. 41,557.

opinion filed April 28, 1941. Kennedy, Grider & Moberley, for appellant; Harry A. Biossat, for appellees. Opinion by JUSTICE McSURELY. ''Not to be published in full.''